IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **VALARIE SMITH,** | § § § § | |
| Plaintiff, | § § | Civil Action No. 2:18-CV-00210-D-BP |
| v. | § § | |
| **STATE FARM LLOYDS,** | § § | |
| Defendant. | § § | |

### AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO MAGISTRATE'S RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, State Farm Lloyds ("State Farm"), Defendant herein and with the agreement of Plaintiff Valarie Smith and Intervenor, Charles Smith, hereby moves this Court to extend the parties' deadline to respond to the Magistrate's Recommendation. The Parties would show the Court as follows:

**I.**

On May 8, 2020, Magistrate Hal R. Ray, Jr. issued Findings, Conclusions and Recommendation of the United States Magistrate Judge concerning State Farm's Motion for Summary Judgment. Pursuant to 28 U.S.C §363(b)(1), the parties were advised that any objections to these findings must be filed within fourteen (14) days of being served with a copy. Thereafter, any party who wishes to respond to these objections would have an additional fourteen (14) days to file a written response to the objections.

The current deadline for filing objections is May 22, 2020, for various reasons, including but not limited to complication in communications created by the current pandemic, the parties seek a fourteen (14) day extension of the current deadline making the new deadline for objections June 5, 2020 and the response to these objections due fourteen (14) days later.

Accordingly, the parties herein respectfully request that the Court enter an order extending the parties' deadline to file objections to the Magistrate's May 8, 2020, Recommendation to June 14, 2020, with any response to such objections being due fourteen (14) days later.

Respectfully submitted,

PACKARD HOOD JOHNSON & PAUL, LLP
Amarillo Building, South Tower
301 South Polk Street, Suite 375
Lobby Box 34
Amarillo, Texas 79101
(806) 374-3300
FAX (806) 374-3381
dee@packardlawfirm.com

By: */s/ Dee Johnson*
    Dee Johnson
    State Bar No. 10705142

ATTORNEYS FOR DEFENDANT

                    SPROUSE, SHRADER, SMITH, PLLC
                    701 S. Taylor, Suite 500
                    Amarillo, Texas 79101
                    (806) 468-3300 – telephone
                    (806) 373-3454 – facsimile
                    Blair.oscarsson@sprouselaw.com

                    By:  /s/ *Blair Saylor Oscarsson*_____
                          Blair Saylor Oscarsson
                          State Bar No. 24056073
                          ***Attorneys for Plaintiff Valarie Smith***

                    BRADY & HAMILTON, LLP
                    1602 13th Street
                    Lubbock, Texas 79401
                    (806) 771-1850 – telephone
                    (806) 771-3750 – facsimile
                    brent@bhlawgroup.com

                    By:   /s/ *Brent Hamilton*_____
                          Brent Hamilton
                          State Bar No. 00796696
                          ***Attorneys for Intervenor Charles Smith***